TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00443-CR

Eleodoro Mora Ramos, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BEXAR COUNTY, 175TH JUDICIAL DISTRICT

NO. 96CR5681, HONORABLE PHIL CHAVARRIA, JUDGE PRESIDING

PER CURIAM

Appellant was tried on a three-count indictment accusing him of aggravated sexual assault
of a child, indecency with a child by contact, and indecency with a child by exposure. A jury found
appellant guilty of indecency with a child by contact and not guilty of the other alleged offenses. The jury
assessed punishment at imprisonment for seven years and a $10,000 fine.

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and
without merit. The brief meets the requirements of Anders v. California, 386 U.S. 738 (1967), by
presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be
advanced. See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); Jackson v. State, 485 S.W.2d
553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of
counsel's brief was delivered to appellant, and appellant was advised of his right to examine the appellate
record and to file a pro se brief.

Appellant wrote a letter to the Clerk of this Court that we have treated as a pro se brief. 
In his letter, appellant complains that he did not fully understand the proceedings against him because the
trial interpreter was inadequate and because his trial attorney did not explain the meaning of documents
appellant was asked to sign. These contentions are not supported by the record. Appellant also urges that
the evidence does not support his conviction because there were no "marks or signs" on the complainant's
body. The complainant's testimony and that of the other witnesses, however, is sufficient to sustain the
conviction.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and
without merit. Further, we find nothing in the record that might arguably support the appeal.

The judgment of conviction is affirmed.

Before Chief Justice Carroll, Justices Jones and Kidd

Affirmed

Filed: January 15, 1998

Do Not Publish